# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154701 & (37)

ROWAN CHILDS, Personal Representative of
the Estate of CAROLYN CHILDS, deceased,
      Plaintiff-Appellee,

v

                                       SC: 154701
                                       COA: 329296

PROVIDENCE HOSPITAL AND MEDICAL
CENTERS, INC., ST. JOHN PROVIDENCE
HEALTH SYSTEM, VINAY K. MALVIYA, M.D.,
P.C., and VINAY MALVIYA, M.D.,
          Defendants-Appellants.

Oakland CC: 2014-142914-NH

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2016



a1206

Clerk